BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: McKinsey & Company, Inc.,
National Prescription Opiate Consultant
Litigation

**MDL NO. 2996**

## SCHEDULE OF ACTIONS

| | Case Caption | Case No. | Court | Judge |
|---|---|---|---|---|
| 1. | **Plaintiff(s):** Caswell County, North Carolina; City of Greensboro, North Carolina; Davie County, North Carolina; Durham County, North Carolina; Orange County, North Carolina; Person County, North Carolina; Randolph County, North Carolina; Richmond County, North Carolina; and Surry County, North Carolina<br>**Defendant(s):** McKinsey and Company, Inc. | 1:22-cv-00904 | Middle District of North Carolina | |
| 2. | **Plaintiff(s):** Beaufort County, North Carolina; Bertie County, North Carolina; Bladen County, North Carolina; Brunswick County, North Carolina; City of Fayetteville, North Carolina; City of Henderson, North Carolina; City of Jacksonville, North Carolina; City of Wilmington, North Carolina; Columbus County, North Carolina; Craven County, North Carolina; Cumberland County, North Carolina; Currituck County, North Carolina; Dare County, North Carolina; Duplin County, North Carolina; Franklin County, North Carolina; Granville County, North Carolina; Jones County, North Carolina; Lenoir County, North Carolina; New Hanover County, North Carolina; Onslow County, North Carolina; Pamlico County, North Carolina; Sampson County, North Carolina; Tyrrell County, North Carolina; Washington County, North Carolina<br>**Defendant(s):** McKinsey and Company, Inc. | 4:22-cv-00129-M | Eastern District of North Carolina | Chief Judge Richard E. Myers, II |
| 3. | **Plaintiff(s):** City of South Sioux Nebraska; and Sarpy County, Nebraska<br>**Defendant(s):** McKinsey and Company, Inc. | 8:22-cv-00356-JFB-SMB | District of Nebraska | Senior Judge Joseph F. Bataillon |

Dated: October 25, 2022               Respectfully submitted,

                                      *s/ Mark P. Pifko*
                                      Mark P. Pifko (CA SBN 228412)
                                      **BARON & BUDD, P.C.**
                                      15910 Ventura Blvd., Suite 1600
                                      Encino, CA 91436
                                      (818) 839-2333
                                      (818) 986-9698 (fax)
                                      mpifko@baronbudd.com

                                      *Counsel for Plaintiffs*