BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**IN RE: McKinsey & Company, Inc.,
National Prescription Opiate Consultant
Litigation**

**MDL NO. 2996**

## PROOF OF SERVICE

I hereby certify that on October 25, 2022, I caused a true and correct copy of the foregoing

**NOTICE OF POTENTIAL TAG-ALONG ACTIONS** for:

*Caswell County, North Carolina, et al. v. McKinsey and Company, Inc.*
Civil Action No. 1:22-cv-00904 (copy of the COMPLAINT and docket sheet attached as Exhibit 1)

*Beaufort County, North Carolina, et al. v. McKinsey and Company, Inc.*
Civil Action No. 4:22-cv-00129-M (copy of the COMPLAINT and docket sheet attached as Exhibit 2)

*City of South Sioux, Nebraska, et al. v. McKinsey and Company, Inc.*
Civil Action No. 8:22-cv-00356-JFB-SMB (copy of the COMPLAINT and docket sheet attached as Exhibit 3)

to be served upon counsel of record via the Multidistrict Litigation CM/ECF Notice of Electronic Filing system.

I also served the following Counsel on the attached service list via e-mail if an email address is indicated or U.S. Mail if no e-mail address is indicated.

Dated: October 25, 2022

Respectfully submitted,

*s/ Mark P. Pifko*
Mark P. Pifko (CA SBN 228412)
**BARON & BUDD, P.C.**
15910 Ventura Blvd., Suite 1600
Encino, CA 91436
(818) 839-2333
(818) 986-9698 (fax)
mpifko@baronbudd.com

*Counsel for Plaintiffs*

1

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE: McKinsey & Company, Inc., National Prescription Opiate Consultant Litigation**

**MDL NO. 2996**

**SERVICE LIST**

**Service via JPML CM/ECF Notification <u>and</u> Email or U.S. Mail, as indicated, to the following:**

| | |
|---|---|
| *McKinsey & Company, Inc.*<br><br>STROOCK & STROOCK & LAVAN LLP<br>JAMES L. BERNARD<br>180 Maiden Lane<br>New York, NY 10038 | jbernard@stroock.com |